UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  STEVEN WAYNE BONILLA | No. 2:23-cv-01470-TLN-KJN |
| | No. 2:23-cv-01486-TLN-KJN |
| | No. 2:23-cv-01487-TLN-KJN |
| | No. 2:23-cv-01557-TLN-KJN |
| | No. 2:23-cv-01558-TLN-KJN |
| | No. 2:23-cv-01559-TLN-KJN |
| | No. 2:23-cv-01576-TLN-KJN |
| | No. 2:23-cv-01581-TLN-KJN |
| | No. 2:23-cv-01585-TLN-KJN |
| | No. 2:23-cv-01587-TLN-KJN |
| | **ORDER** |

Plaintiff is a state prisoner, proceeding without counsel, in these civil actions.  On November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2:18-cv-2544-TLN-KJN.  On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No. 2:18-cv-2544-TLN-KJN.  Pursuant to the amended vexatious litigant order, all new cases filed by Plaintiff related to his Alameda County conviction will be dismissed and closed.

1

Pursuant to the amended vexatious litigant order, the undersigned reviewed the complaints/petitions filed in the cases listed in the caption above. The Court finds the complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's Alameda County conviction.

Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01470, 2:23-cv-01486, 2:23-cv-01487, 2:23-cv-01557, 2:23-cv-01558, 2:23-cv-01559, 2:23-cv-01576, 2:23-cv-01581, 2:23-cv-01585 and 2:23-cv-01587 are DISMISSED; the Clerk of the Court is directed to close these cases; no further filings will be accepted in any of the above referenced cases.

Date: August 10, 2023

Troy L. Nunley
United States District Judge